AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

Case No.

Denver Rescue Mission
48th Street Shelter and Lawrence Shelter

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 4th 2023 in the county of Jefferson in the Denver District of Colorado, the defendant(s) violated:

Code Section | Offense Description

This criminal complaint is based on these facts:

The defendants have literally singled me out when I got to their shelters. Auggie and Lawrence Street Shelter have violated my civil rights as the 48th Street Shelter in Commerce City Colorado. These guys have consistently assumed I was up to no good. The one incident that got me tossed from the 48th Street Shelter was I called DPI in Denver to report my SSN stolen in Minnesota. Frank the supervisor assumed I called the cops on his staff. Officer Chase can corroborate my story. DPD

☐ Continued on the attached sheet.

Complainant's signature

Mr. Michael Kleiber

Printed name and title

Sworn to before me and signed in my presence.

Date: 10/18/23

Judge's signature

City and state: 4869 Broadway Ave. Boulder CO. 89304

Printed name and title